IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BETSY ANNE PITTMAN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CV3186 |
| | ) | |
| v. | ) | |
| | ) | |
| BAYER CORPORATION, BAYER | ) | MEMORANDUM AND ORDER |
| HEALTHCARE, LLC, BAYER | ) | |
| HEALTHCARE PHARMACEUTICALS, | ) | |
| INC., BAYER SCHERING PHARMA AG, | ) | |
| and BAYER AG, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

The motion to withdraw filed by Adam M. Evans as counsel of record on behalf of Plaintiff Betsy Anne Pittman, (filing no. 5), is granted.

DATED this 14th day of November, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge